

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL |
| v. | : |
| ROBERT SHAW | : NO: 99-cr-761-ALL |

**FILED**

JAN 28 2008

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 28th day of JANUARY, 2008, it is hereby

**ORDERED** that the above-captioned case is reassigned at random pursuant to Local Rule 3(a) of the Local Rules of Criminal Procedure from the calendar of the late Honorable Clarence C. Newcomer to the calendar of the Honorable Berle M. Schiller.

FOR THE COURT:

HARVEY BARTLE III
Chief Judge

JAN 28 2008
CLERK OF COURT